UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00095-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RUBEN CEBALLOS-ZAVALA, a/k/a Jorge Luis Mendoza,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, April 2, 2010,** and responses to these motions shall be filed by **Friday, April 16, 2010.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will be set at a later date. The final trial preparation conference currently set for Friday, May 7, 2010, at 1:00 p.m. is hereby **VACATED**. It is

FURTHER ORDERED that a 2-day jury trial is set for **Monday, May 3, 2010, at 9:00 a.m. in courtroom A-1002.** The trial currently set for Monday, May 17, 2010, at 9:00 a.m is hereby **VACATED**.

Dated: March 18, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge