UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00095-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RUBEN CEBALLOS-ZAVALA, a/k/a Jorge Luis Mendoza,

    Defendant.

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on April 16, 2010. A Change of Plea hearing is set for **Friday, May 28, 2010 at 2:00 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    The 2-day jury trial set for Monday, May 3, 2010, at 9:00 a.m. is **VACATED**.

    Dated: April 16, 2010